JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMEZCUA LOADING SERVICE, INC., a California corporation dba "AMEZCUA LOADER SERVICE, INC.,"<br><br>    Defendant. | CASE NO.: CV 09-09051-PA (AJWx)<br><br>ASSIGNED TO THE HONORABLE PERCY ANDERSON<br><br>**JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Amezcua Loading Service, Inc., a California corporation doing business as "Amezcua Loader Service, Inc.," and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health

and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant Amezcua Loading Service, Inc., a California corporation doing business as "Amezcua Loader Service, Inc.," the principal amount of $61,877.25, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from September 10, 2010, until paid in full.

DATED: October 13, 2010                 _____
                                         UNITED STATES DISTRICT JUDGE